469 A.2d 308

Commonwealth v. Miles, Appellant.

Submitted October 21, 1983.   Barnaby Wittels, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and WIEAND and MONTEMURO, JJ.

Counsel for the appellant is directed to either proceed with the appeal by filing an advocate's brief on the merits, or if he concludes that an appeal would be wholly frivolous he should file a petition to withdraw, and a proper *Anders* brief.   In either event the brief is to be filed within thirty (30) days of the filing of this opinion.

Decision on the merits not rendered.   Jurisdiction is retained.